# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-*&)-( !@YbUfX#K \ ]hY

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

cat/dlv 550/1983/FTL
Case # _____
Judge _____ Mag WHITE
Motn Ifp NO Fee pd $ 0
Receipt # _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by MV D.C.
NOV 14 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Civil Case Number: _____
14-CV-*&)-(!@YbUfX#K \ ]hY

STEVEN August Edson
(Write the full name of the plaintiff)

vs.

1. Victoria P. McRae, DEA
2. Jeannette G. Moran, DEA
3. Ernest Donovan, DEA
4. Gayle Lane, DEA

(Write the full name of the defendant/s in this case)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: Steven A. Edson
   Address: Paul Rein Facility, P.O. Box 407003, Ft. Lauderdale, FL 33309
   Inmate/Prison No.: 501205853
   Year of Birth: 1971 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)
   (Write your name, address and prison/inmate number, if applicable)

vs.

B. 1. Defendant: Victoria P. McRae       2. Defendant: Jeannette G Moran
   Official Position: D.I., Agent        Official Position: G/S - Agent
   Place of Employment: DEA              Place of Employment: DEA

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

Additional Page 1

5 vs.
6 Cori Bizman, DEA )
7 Maria Gilbert, DEA )
8 Alison King, DEA )
9 Patrick Long - DEA )
10 Robert Barber - DEA )
11 Jack Lunsford - DEA )
12 Joseph Rosati - DEA )
13 James Weeks - DEA )
14 Jeff Womack - DEA )
15 Troy Yeager - DEA )
16 Brian Warner - DEA )
17 Gino Spescia - DEA )
18 Scott Lamb - DEA )
19 Joseph A. Annerino - DEA )
20 Joseph Gill - DEA )
21 Keith Kinnard - DEA )
22 Kris Hunt - DEA )
23 Darren G. Glanz - DEA )
24 Micheal Long - DEA )
25 Robert Hladun - DEA )
26 John Oldano - DEA )
27 Jeff Himes - DEA )
28 Kenyon Terrell - DEA )
29 Peter Yates - DEA )
30 Tiffany Kinnard - DEA )
   Steven Kepper - DEA )

Additional page 2

vs.

31. Gene Grafenstein - DEA
32. Yorgo Zoumberos - DEA
33. Darnel Blake - DEA
34. Pablo Perez - DEA
35. Dan Tadeo - DEA
36. Jamie Board - DEA
37. Scott Petty - DEA
38. Robbie Weir - DEA
39. Candido Cerda Miami Dade-P.d.
40. Gregory Utz - DEA
41. Glenn Hester - DEA
42. Dave Metzler - DEA
43. Elmer Aulton - DEA
44. Kirby Harshaw - DEA
45. Robert Thomas - DEA
46. Jerry Carmack - DEA
47. Maria Gilbert - DEA
48. Lawrence Andes - DEA
49. Cesar Flores - DEA
50. Rafael Lola - DEA
51. Sabriel Rodriguez - DEA
52. Danny Torres - DEA
53. John Finazzo - DEA
54. Roger S. Kernicky - DEA
55. Dennis Roadruck - DEA
56. Wilfredo Hernandez - DEA
57. Lizlinda Bremer - DEA

Additional page 3

vs.

58. Gabriel Rodriguez - DEA
59. Alex Flores - DEA
60. Hector Alejandre - DEA
61. Mark Trouville - DEA
62. IDa Wallace - DEA
63. Aaron Felza - DEA
64. Jason Doorkaat - DEA
65. Christopher Jones - DEA-Tech
66. Douglas Hammond - DEA-Tech
67. Dianne Williams - DEA
68. Liz Bremer - DEA
69. Shaun Nickel - DEA
70. Don Purefoy - DEA
71. Al Cortes - DEA
72. Paul Condoleo - BSO
73. Lee Geiger - BSO
74. Jimmy Smith - BSO
75. William Schwartz - DEA-BSO
76. Valerie Devlin - BSO
77. Nick Romano - BSO
78. Brent Woodell - BSO
79. Russ Hofer - BSO
80. Vince Cimino - BSO
81. Greg Lacera - BSO
82. Julie Foster - BSO
83. Mindy Guadagino - P.d. Coral Springs
84. Vinny Campos - BSO

Additional page 4

vs.

85. GABY Amunson - BSO
86. Bradford Stephenson - BSO - Tech
87. Al Lamberte - Ex BSO Sheriff
88. Mike Venezia - BSO
89. Greg Englun - BSO
90. Frank Canales - BSO
91. Aisha Simms - BSO
92. John Sebest - BSO
93. Nicole Spagna - BSO
94. Dave Lopez - BSO
95. Pablo Perez - BSO
96. Jason Hendrick - BSO
97. Scott Ambrose - BSO
98. Ryan Hyatt - BSO
99. Eddie Grant - BSO
100. Josh Passman - BSO
101. Earl Scott - BSO
102. Neville Campbell - BSO
103. danie Smith - BSO
104. Evidence Custodian - BSO - Ft. Lauderdale
105. Evidence Custodian - DEA - Weston
106.
107.
108.
109.
110.
111.

## B. Additional page 1

3
Defendant: Ernest Donovan
Official position: G/S
Place of employment: DEA

4
Defendant: Gayle Lane
Official position: G/S
Place of employment: DEA

5
Defendant: Cori Rizman
Official position: DI
Place of employment: DEA

6
Defendant: Maria Gilbert
Official position: DI
Place of employment: DEA

7
Defendant: Alison King
Official position: DI
Place of employment: DEA

8
Defendant: Patrick Long
Official position: S/A
Place of employment: DEA

9
Defendant: Robert Barber
Official position: S/A
Place of employment: DEA

10
Defendant: Jack Lunsford
Official position: S/A
Place of employment: DEA (Ret)

11
Defendant: Joseph Rosati
Official position: S/A
Place of employment: DEA

12
Defendant: James Weeks
Official position: S/A
Place of employment: DEA

13
Defendant: Jeff Womack
Official position: S/A
Place of employment: DEA

14
Defendant: Troy Yeager
Official position: S/A
Place of employment: DEA

15
Defendant: Brian Warner
Official position: S/A
Place of employment: DEA

16
Defendant: Gino Spescia
Official position: S/A
Place of employment: DEA

## B. Additional page 2

17
Defendant: Scott Lamb
Official position: S/A
place of employment: DEA

18
Defendant: Joseph A. Annerino
Official position: S/A
place of employment: DEA

19
Defendant: Joseph Gill
Official position: S/A
place of employment: DEA

20
Defendant: Keith Kinnard
Official position: S/A
place of employment: DEA

21
Defendant: Kris Hunt
Official position: S/A
place of employment: DEA

22
Defendant: Darren Glanz
Official position: S/A
place of employment: DEA

23
Defendant: Micheal Long
Official position: S/A
place of employment: DEA

24
Defendant: Robert Hladun
Official position: S/A
place of employment: DEA

25
Defendant: John Oldano
Official position: S/A
place of employment: DEA

26
Defendant: Jeff Himes
Official position: S/A
place of employment: DEA

27
Defendant: Kenyon Terrell
Official position: S/A
place of employment: DEA

28
Defendant: Peter Yates
Official position: S/A
place of employment: DEA

29
Defendant: Tiffany Kinnard
Official position: S/A
place of employment: DEA

30
Defendant: Steven Kepper
Official position: S/A
place of employment: DEA

## B. Additional page 3

31  
Defendant: Gene Grafenstein  
Official position: S/A  
Place of employment: DEA

32  
Defendant: Yargo Zoumberos  
Official position: S/A  
Place of employment: DEA

33  
Defendant: Darnel Blake  
Official position: S/A  
Place of employment: DEA

34  
Defendant: Pablo Perez  
Official position: S/A  
Place of employment: DEA

35  
Defendant: Dan Tadeo  
Official position: S/A  
Place of employment: DEA

36  
Defendant: Jamie Board  
Official position: S/A  
Place of employment: DEA

37  
Defendant: Scott Petty  
Official position: S/A  
Place of employment: DEA

38  
Defendant: Robbie Weir  
Official position: TFO  
Place of employment: DEA

39  
Defendant: Candido Cerda  
Official position: TFO  
Place of employment: DEA

40  
Defendant: Gregory Utz  
Official position: TFO  
Place of employment: DEA

41  
Defendant: Glenn Hester  
Official position: TFO  
Place of employment: DEA

42  
Defendant: Dave Metzler  
Official position: TFO  
Place of employment: DEA

43  
Defendant: Elmer Aulton  
Official position: TFO  
Place of employment: DEA

44  
Defendant: Kirby Harshaw  
Official position: TFO  
Place of employment: DEA

## B. Additional page 4

45
Defendant: Robert Thomas
Official position: TFO
Place of employment: DEA

46
Defendant: Jerry Carmack
Official position: TFO
Place of employment: DEA

47
Defendant: Maria Gilbert
Official position: TFO
Place of employment: DEA

48
Defendant: Lawrence Andes
Official position: TFO
Place of employment: DEA

49
Defendant: Cesar Flores
Official position: TFO
Place of employment: DEA

50
Defendant: Rafael Lola
Official position: TFO
Place of employment: DEA

51
Defendant: Sabriel Rodriguez
Official position: TFO
Place of employment: DEA

52
Defendant: Danny Torres
Official position: TFO
Place of employment: DEA

53
Defendant: John Finazzo
Official position: TFO
Place of employment: DEA

54
Defendant: Roger S. Kernicky
Official position: TFO
Place of employment: DEA

55
Defendant: Dennis Roadruck
Official position: TFO
Place of employment: DEA

56
Defendant: Wilfredo Hernandez
Official position: TFO
Place of employment: DEA

57
Defendant: Lizlinda Bremer
Official position: TFO
Place of employment: DEA

58
Defendant: Gabriel Rodriguez
Official position: TFO
Place of employment: DEA

B. Additional page 5

59
Defendant: Alex Flores
official position: TFO
place of employment: DEA

60
Defendant: Hector Alejandre
official position: TFO
place of employment: DEA

61
Defendant: Mark Trouville
official position: S/A
place of employment: DEA

62
Defendant: IDa Wallace
official position: Data analyst
place of employment: DEA

63
Defendant: Aaron Feiza
official position: TFO
place of employment: DEA

64
Defendant: Jason Door Kaat
official position: TFO
place of employment: DEA

65
Defendant: Christopher Jones
official position: SFL9-Tech
place of employment: DEA

66
Defendant: Douglas Hammond
official position: SFL9-Tech
place of employment: DEA

67
Defendant: Dianne Williams
official position: DI
place of employment: DEA

68
Defendant: Liz Bremer
official position: TFO
place of employment: DEA

69
Defendant: Shaun Nickel
official position: S/A
place of employment: DEA

70
Defendant: Don Purefoy
official position: S/A
place of employment: DEA

71
Defendant: Al Cortes
official position: S/A
place of employment: DEA

72
Defendant: Paul Condoleo
official position: Det.
place of employment: BSO

B. Additional page 6

73
Defendant: Lee Geiger
Official position: Det.
Place of employment: BSO

74
Defendant: Jimmy Smith
Official position: Det.
Place of employment: BSO

75
Defendant: William Schwartz
Official position: TFO
Place of employment: DEA-BSO

76
Defendant: Valerie Devlin
Official position
Place of employment: BSO

77
Defendant: Nick Romano
Official position
Place of employment: BSO

78
Defendant: Brent Woodell
Official position
Place of employment: BSO

79
Defendant: Russ Hofer
Official position: Deputy
Place of employment: BSO

80
Defendant: Vince Cimino
Official position: Deputy
Place of employment: BSO

81
Defendant: Greg Lacera
Official position: Deputy
Place of employment: BSO

82
Defendant: Julie Foster
Official position: Deputy
Place of employment: BSO

83
Defendant: Mindy Guadagino
Official position: Det.
Place of employment: Coral Springs P.D.

84
Defendant: Vinny Campos
Official position: Det.
Place of employment: BSO

85
Defendant: Gary Amunson
Official position: Det.
Place of employment: BSO

86
Defendant: Bradford Stephenson
Official position: Data analyst
Place of employment: BSO

## B. Additional page 7

87. Defendant: Al Lamberte
    official position: Ex- BSO Sheriff
    place of employment: Unknown

88. Defendant: Mike Venezia
    official position: DEt
    place of employment: BSO

89. Defendant: Greg Englun
    official position: DET
    place of employment: BSO

90. Defendant: Frank Canales
    official position: DET
    place of employment: BSO

91. Defendant: Aisha Simms
    official position: DET
    place of employment: BSO

92. Defendant: John Sebest
    official position: DET
    place of employment: BSO

93. Defendant: Nicole Spagna
    official position: DET
    place of employment: BSO

94. Defendant: Dave Lopez
    official position: DET
    place of employment: BSO

95. Defendant: Pablo Perez
    official position: DET
    place of employment: BSO

96. Defendant: Jason Hendrick
    official position: DET
    place of employment: BSO

97. Defendant: Scott Ambrose
    official position: DET
    place of employment: BSO

98. Defendant: Ryan Hyatt
    official position: Sgt
    place of employment: BSO

99. Defendant: Eddie Grant
    official position: DET
    place of employment: BSO

100. Defendant: Josh Passman
     official position: DET
     place of employment: BSO

B Additional page 8

101
Defendant: Earl Scott
official position: DEt
place of employment: BSO

102
Defendant: Neville Campbell
official position: DEt
place of employment: BSO

103
Defendant: Janie Smith
official position: DEt
place of employment: BSO

104
Defendant: Evidence Custodian
official position:
place of employment: BSO - ft. Lauderdal

105
Defendant: Evidence Custodian
official position:
place of employment: DEA - Weston

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Plaintiff is a licensed Chiropractor & owner of Pompano Beach Medical Corp., a pain management clinic. On or about May of 2009 to August 16, 2012, a covert Operation initiated where as said operation entailed DEA agents & BSO officers in an undercover capacity posing as patients, in order to receive treatment for pain & acquire controlled substances by deception or fraudulant means. During the operation defendants would pose as patients at the Pain management

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Compensation in the amount of ninety-million ($90,000,000) dollars, attorneys fees if applicable & Trial by Jury.

Additional Page

II. STATEMENT OF CLAIM:

clinic where they would provide the doctors with false identification, false information regarding condition & level of pain & false Mri reports. Based upon this information the doctors would then provide medical treatment by providing the U/C patient with a physical examination diagnosis, Consultation & prescribed medications for pain management. Additionally, Audio & Video surveillance was acquired by defendants of the internal & external business operation of the clinic, employees & patients, without a warrant. That a total of 18 undercover operations were conducted by defendants wherein defendants obtained controlled substances by fraud, deception and without a legitamate medical need.

  Plaintiff sues defendants in their official capacity for violations of his 4th & 14th Amendment rights to the U.S. Constitution. Defendants are being sued in their official capacity as they acted under Color of State law.

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?    ✓ Yes    ___ No

Signed this __9__ day of __November__, 20__14__

_Steven A. Edson_
_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __November 9, 2014__

_Steven A. Edson_
_____
Signature of Plaintiff



Steven Edson 501205858
Paul Rein Detention Facility
PO Box 407005
Ft. Lauderdale FL. 33304

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Ave. 8N09
Miami, FL 33128-7716