United States District Court, Southern District of Florida
400 N. Miami Ave. Miami FL 33128-7716

Steven A. Edson, Plaintiff
vs.
Victoria P. McRae, DEA, et. al, Defendants

Case: 0:14-CV-62594-JaL

FILED by AP D.C.
FEB 23 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

Motion to Withdraw Complaint under the Civil Rights Act, 42 U.S.C. § 1983

Steven A. Edson, Petitioner, Pro Se, Pursuant to 42 U.S.C. Section 1983 Moves Court to allow Plaintiff to withdraw Complaint for each defendant. On the basis of error in proper format.

1) In essence, Petitioner is claiming unlawful arrest, because of undercover Operation performed without warrants &/or in excess of scope of authority. Petitioner is clearly challenging the lawfulness of his arrest, current detention, & the pending trial.

2) The Supreme Court has specifically held that §1983 is the appropriate course of relief for an inmate "who is making a Constitutional challenge to the conditions of his prison life, but not to the fact or length of his custody." Preiser v Rodriguez, 411 U.S. 475, 499-500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973).

3) The Plaintiff now understands that to challenge the fact or duration of his confinement, he must do so by filing a proper habeas petition pursuant to § 2241 & Such a petition cannot be brought in the federal court until after full exhaustion of all State Court remedies.

4) Petitioner also is now aw     of a possible recommendation to be dismissed with prejudice for failure to state claim upon which relief can be granted pursuant to the provisions of 28 USC §1915(e)(2)(B)(ii).

5) Petitioner wishes to withdraw claim & avoid to be barred from filing a proper civil suit in the future, & preserve the right to seek damages under the proper civil remedy.

## In Conclusion

Petitioner prays the Court to grant motion of Withdrawal of Complaint under Civil rights Act, 42 USC §1983 without prejudice. So petitioner can file the proper actions at a later date for civil remedy.

## Certificate of Service

I hereby certify that a true copy of the foregoing has been provided to the Clerk, U.S. district Court, Southern District of Florida, 400 N. Miami Ave. 8no9, Miami FL. 33128-7716 by U.S. mail, This 18 day of February 2015.

/s/ Steven August Edson-RC

Steven August Edson - 501205858
Paul Rein Detention facility
2421 NW 16 Str.
Pompano Beach fl. 33069

Legal mail

Steven Edson ~ 501305658
2421 NW 16 str.
Pompano Beach Fl. 33069

United States District Court
Southern District of Florida
400 N. Miami Ave. Miami, FL. 33128-7716

Legal mail